ATTACHMENT 4
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

vs.

WILLIAMS, Frank

DOCKET NUMBER:  21-CR-20123-001

## ORDER

## HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following reprimand and sanction:

**X** You must adhere to the following two standard conditions: Standard Condition no. 4: "You must answer truthfully the questions asked by your probation officer." Standard Condition no. 5: "You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangement (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**X** Loss of credit for one month.

☐ Return to the U.S. Courthouse on _____ to observe the following proceedings:

☐ Provide a written _____ -page explanation for noncompliant behavior, as directed.
☐ Travel restricted as follows:_____
☐ Increased reporting to the probation officer as follows: _____
☐ Increased drug testing as follows: _____
☐ Participation in drug, alcohol, or mental health treatment.
☐ Complete _____ hours community service as directed.
☐ Comply with the following curfew restrictions or home confinement: _____

☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐ Serve _____ days in jail, to be released on _____
☐ Termination from the H.O.P.E Program.
☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Dated this _20th_ day of April 2023.

*Gershwin A. Drain*, U.S. District Judge, acting in
the absence of Paul D. Borman, U.S. District Judge